Order issued September 18 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00180-CR

**KELLY MONK, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** this appeal.

On August 23, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore explained that she was not aware until August 3, 2012 that the brief was due on July 12, 2012 due to the fact the appeal had not been on the Court's online docketing system; and (4) due to her workload, Ms. Moore requests thirty additional days to file appellant's brief. We note Ms. Moore did not file a motion in this Court seeking an extension of time to file appellant's brief once she learned it was overdue and providing the explanation she gave the trial court.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE